No. 74–1564. BERNABEI *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–1567. BRYAN *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 74–1571. SARULLO ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–1572. BUITRON ET AL. *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 74–1575. RICHARDSON INDEPENDENT SCHOOL DISTRICT *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–1576. CUENI *v.* FLORIDA. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 74–1577. BIAS ET AL. *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 74–1579. STASZCUK *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 74–1580. LOBO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 74–1583. NAPPER ET UX. *v.* ANDERSON, HENLEY, SHIELDS, BRADFORD & PRITCHARD ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–1584. HAMPTON, EXECUTRIX *v.* UNITED STATES. Ct. Cl. Certiorari denied.